ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>PROFESSIONAL COLLECTION CONSULTANTS<br>and MICHAEL S. FLOWERS,<br>　aka "Michael Flower,"<br><br>　　　　　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CR No. 17-732-SJO<br><br><br>**WAIVER OF INDICTMENT** |

I, Clark Garen am an authorized representative of Professional Collection Consultants, the above-named defendant, who is accused of conspiring to commit bribery concerning a program receiving federal funds, in violation of 18 U.S.C. §371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on January 5, 2018, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: 01/05/2018

　　　　　　　　　　　　　　　　　　　　　　　_Defendant Clark Garen, V.P. & General Counsel of Professional Collection Consultants_

　　　　　　　　　　　　　　　　　　　　　　　_David Wiechert_
　　　　　　　　　　　　　　　　　　　　　　　_Counsel for Defendant Professional Collection Consultants_

~~If defendant is not an English speaker, include the following:~~

~~I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to the above-named defendant, on this date.~~

Date: 1/9/18

　　　　　　　　　　　　　　　　　　　　　　　_Interpreter_

Before S. James Ot
　　　　_Judicial Officer_

---

CR-57 (5/08) [AO 455 Rev. 5/85]　　　　　　　　**WAIVER OF INDICTMENT**

Page 1 of 1