FILED
CLERK, U.S. DISTRICT COURT

April 2, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-732 SJO |
|---|---|
| Plaintiff, | |
| v. | MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT PROFESSIONAL COLLECTION CONSULTANTS |
| PROFESSIONAL COLLECTION CONSULTANTS, | |
| Defendant. | |

The United States of America ("the government") and defendant PROFESSIONAL COLLECTION CONSULTANTS ("Defendant") have filed a Stipulation for Entry of Money Judgment of Forfeiture against Defendant in the amount of $946,770.00, pursuant to Federal Rule of Criminal Procedure 32.2.  Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."  On January 9, 2018, defendant entered a plea of guilty to the single-count information (charging a violation of 18 U.S.C. § 371), and further agreed that said violation generated proceeds of $946,770.00.  Defendant further agreed to the entry of a forfeiture money judgment against it in that amount.

1  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED
2  AND DECREED that the Defendant shall forfeit to the United States the
3  sum of $946,770.00 pursuant to Title 21, United States Code, Section
4  853 and Title 28, United States Code, Section 2461(c).  Defendant
5  shall be liable for the entire amount of the judgment.
6   IT IS FURTHER ORDERED that the United States District Court
7  shall retain jurisdiction in the case for the purpose of enforcing
8  this Order.
9   IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this
10 Order of Forfeiture shall become final as to Defendant at the time of
11 sentencing, and shall be made part of the sentence and included in
12 the judgment.
13  IT IS FURTHER ORDERED that should Defendant fail to satisfy this
14 Money Judgment of Forfeiture prior to the date of sentencing, the
15 United States may, at any time, move pursuant to Rule 32.2(e) to
16 amend this Order of Forfeiture to substitute property having a value
17 not to exceed $946,770.00 to satisfy the money judgment in whole or
18 in part.

19 DATED: April 2, 2018

*S. James Otero*
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:
NICOLA T. HANNA
United States Attorney

    /s/ Elisa Fernandez
ELISA FERNANDEZ
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

2