UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 17-00732 SJO | Date | May 7, 2018 |

| | |
|---|---|
| Present: The Honorable | S. James Otero |
| Interpreter | Not required: |

| Victor Paul Cruz | Carol Zurborg | Elisa Fernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Professional Collection Consultants by Clark Garen | xx | | | David W. Wiechert | xx | | xx |

**Proceedings:**   SENTENCING

Hearing held.

In preparation for this proceeding the Court has reviewed the following documents: The Presentence Report (PSR) (ECF #44) disclosed on 03/09/2018.  The Government's sentencing position [ECF #49] filed 03/30/2018, and the Defendant's sentencing position [ECF #49] filed 03/30/2018.

The Court is advised that the forfeiture has been deposited with the Government, and the fine was paid to the Clerk of the Court.

Mr. Garen acknowledges that he has reviewed the PSR on behalf of defendant Professional Collection Consultants.

Having considered the sentencing factors enumerated at 18 U.S.C. § 3553(a), including the advisory guideline fine range of $280,000 to $500,000, which is based upon an offense level of 18, a culpability score of 4, a base fine of $350,000, a minimum multiplier of .80, a maximum multiplier of 1.60, and the statutory maximum, the court imposes the following sentence:

It is ordered that the defendant shall pay to the United States a special assessment of $400, which is due Thursday, May 10, 2018, noon, to be paid to the Clerk of the Court.

It is ordered that the defendant shall pay to the United States a total fine of $350,000, which shall bear interest as provided by law, unless otherwise already paid.

The Court Orders the forfeiture and entry of a $946,770 money judgment.  The money judgment is entered against the corporate defendant Professional Collection Consultants .

|  |  : | 0/12 |
|---|---|---|
|  | Initials of Deputy Clerk |  |

cc:   PROBATION OFFICE