NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7383
     Facsimile: (213) 894-8601
     E-mail:    elisa.fernandez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-732 SJO |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SATISFACTION OF MONEY JUDGMENT |
| PROFESSIONAL COLLECTION CONSULTANTS, | |
| Defendant. | |

Notice is hereby given that defendant Professional Collection Consultants has satisfied its money judgment obligation in the sum of $946,770.00.  The money judgment was entered by this Court on April 2, 2018.

DATED: May 30, 2018          NICOLA T. HANNA
                             United States Attorney
                             LAWRENCE S. MIDDLETON
                             Assistant United States Attorney
                             Chief, Criminal Division

                               /s/ Elisa Fernandez
                             ELISA FERNANDEZ
                             Assistant United States Attorney
                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA